Monday, September 18, 2006 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:        M. Price
Steno:        T. Casal (A.M.) / B. Buckley (P.M.)
LC:           J. Connor


UNITED STATES OF AMERICA

      VS.                                                    CRIMINAL NO.   1: 04-CR-402

YASSIN MUHIDDIN AREF and
MOHAMMED MOSHARREF HOSSAIN


APPEARANCES:     AUSA William Pericak & Elizabeth Coombe for Govt w/ FBI Agent
                 Timothy Coll present;   Terence Kindlon & Kent Sprotbery, Esqs. for Deft
                 Aref;   Kevin Luibrand, Esq. for Deft Hossain


9:50AM        Jury enters.  Cross examination of Gvt. Witness Coll begins.

11:25AM       Short break.

11:40 AM      Cross examination of Coll continues.

12:30 PM      Recess to 1:30 PM

1:30 PM       B. Buckley is steno.  Evidentiary issues are discussed.

1:40 PM       Jury enters.  Cross examination of Coll continues.

3:30 PM       Short break.

3:45 PM       Coll cross continues.

5:00 PM       Recess to 9:30 AM on Tuesday, September 19, 2006.